**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GLORIA D. OWENS/MITCHELL;
and THEODIS VINCENT** **PLAINTIFFS**

**v.** **No. 4:14-cv-126-DPM**

**DANNY BURL, Warden; WILLIAM IVORY, Sergeant; H. WILLIAMS, Sergeant; ERIC PHARR; T. MCDOWELL; STEPHANIE HARRIS; BARNES, Captain; WILLIAMS, Major; and STATE OF ARKANSAS** **DEFENDANTS**

**JUDGMENT**

The complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

7 May 2014